1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ESTHER NED,                          No. 2:05-cv-2584-MCE-DAD

12            Plaintiff,

13       v.                               **NON-RELATED CASE ORDER**

14   MERCK & CO., INC., and
     MCKESSON CORPORATION,
15
              Defendants.
16   _____/

17   CAROL LEWIS,                         No. 2:06-cv-0241-FCD-PAN

18            Plaintiff,

19       v.

20   MERCK & CO., INC., and
     MCKESSON CORPORATION,
21
              Defendants.
22   _____/

23        The Court has received the Notice of Related Cases

24   concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-

25   123, E.D. Cal. (1997).  The Court has determined, however, that

26   it is inappropriate to relate or reassign the cases, and

27   therefore declines to do so.

28   ///

This order is issued for informational purposes only, and shall
have no effect on the status of the cases, including any previous
Related (or Non-Related) Case Order of this Court.

      IT IS SO ORDERED.

DATE: February 23, 2006

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE