McGREGOR W. SCOTT
UNITED STATES ATTORNEY
BOBBIE J. MONTOYA
ASSISTANT U.S. ATTORNEY
501 I STREET, SUITE 10-100
SACRAMENTO, CA 95814-2322
TELEPHONE: (916) 554-2700
FAX: (916) 554-2900

THEOPHOUS H. REAGANS
SPECIAL ASSISTANT U.S. ATTORNEY
333 MARKET STREET, SUITE 1500
SAN FRANCISCO, CA 94105
TELEPHONE: (916) 977-8943
FAX: (415) 744-0134

*ATTORNEYS FOR DEFENDANT*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMMY L. LANIER, | CASE NO. 2:05-cv-02484-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security, | |
| Defendant. | |

   The parties hereby stipulate by counsel, if the Court approves as indicated below, that Defendant shall have a first extension of time of 30 days, to August 23, 2006, pending response to Plaintiff's motion for summary judgment, due to a briefing conflict resulting from Defendant's large caseload. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/ / /

Stip.& Order Ext. Def.'s Time
2:05-cv-02484-PAN (JFM)

1

|  |  |
|---|---|
|  | /s/ Ann M. Cerney (as authorized on July 21, 2006) |
|  | ANN M. CERNEY |
|  | Attorney at Law |
|  |  |
|  | Attorney for Plaintiff |
|  |  |
|  | McGREGOR W. SCOTT |
|  | United States Attorney |
|  | BOBBIE J. MONTOYA |
|  | Assistant U.S. Attorney |
| DATE: July 20, 2006 | By: /s/ Bobbie J. Montoya for |
|  | THEOPHOUS H. REAGANS |
|  | Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: July 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Lanier.eot.ss.wpd

Stip.& Order Ext. Def.'s Time
2:05-cv-02484-PAN (JFM)